UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIT L. BELYEW, et al., | No. 2:15-cv-453-MCE-EFB PS |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA GOVERNOR BROWN, et al., | |
| Defendants. | |

This action, in which plaintiffs are proceeding in propria persona, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On July 13, 2015, the court dismissed plaintiffs' complaint with leave to amend. The order explained the complaint's deficiencies, gave plaintiffs thirty days to file an amended complaint correcting those deficiencies, and warned plaintiffs that failure to file an amended complaint would result in a recommendation that this action be dismissed. ECF No. 9.

The deadline has passed and plaintiffs have not filed an amended complaint or otherwise responded to the order.

/////

/////

1

Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the Clerk be directed to close this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 8, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE